Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORNELL'S QUALITY CONSTRUCTION, INC., a Washington corporation, CORNELL PETRISOR and RODICA PETRISOR, husband and wife,<br><br>Defendants. | No. 2:16-cv-01747<br><br>PLAINTIFF DEVELOPERS SURETY AND INDEMNITY COMPANY'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST ALL DEFENDANTS PURSUANT TO CIVIL RULE 41 AND ORDER<br><br>NOTE ON MOTION CALENDAR: APRIL 12, 2017 |

## I. MOTION

Plaintiff Developers Surety and Indemnity Company moves this court for an order dismissing its claims against defendants Cornell's Quality Construction and Cornell Petrisor and Rodica Petrisor, with prejudice and without costs.

Plaintiff filed this action on November 10, 2016. On November 18, 2016, the parties stipulated to a stay of proceedings. The Court entered an Order to stay this action until April 25, 2017. Defendants have not pleaded any counterclaims. This motion is based on CR 41 and the Court file in this matter:

CR 41, entitled Dismissal of Actions, provides in relevant part:

Plaintiff Developers Surety and Indemnity Company's Motion
for Voluntary Dismissal with Prejudice of Claims Against All
Defendants Pursuant to Civil Rule 41 – 1
Cause No. 2:16-cv-01747
1777939 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  ~~(a) Voluntary Dismissal.~~

2  ~~(1) *Mandatory.* Subject to the provisions of rules 23(e) and 23.1, any action shall be dismissed by the court:~~

3     * * * *

4  ~~(B) By Plaintiff Before Resting.~~ Upon motion of the plaintiff at ~~*any time before plaintiff rests*~~ at the conclusion of his opening case.

6     * * * *

7  ~~(e) Dismissal of Counterclaim, Cross-Claim, or Third-Party Claim. *The provisions of this rule apply to the dismissal of any counterclaim, cross claim, or third-party claim. A voluntary dismissal by the claimant alone* pursuant to subsection (a)(1) of this rule shall be made before a responsive pleading is served, or, if there is none, before the introduction of evidence at the trial or hearing.~~

[Emphasis supplied.]

No responsive pleading has been filed by defendants Cornell's Quality Construction and Cornell Petrisor and Rodica Petrisor. Here, dismissal is as a matter of right.

DATED this 12th day of April, 2017.

FORSBERG & UMLAUF, P.S.

*s/ Kenneth J. Cusack*
Carl E. Forsberg, WSBA #17025
Kenneth J. Cusack, WSBA #17650
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Phone: (206) 689-8500
Fax: (206) 689-8501
Email: cforsberg@foum.law
       kcusack@foum.law
Attorneys for Plaintiff

Plaintiff Developers Surety and Indemnity Company's Motion
for Voluntary Dismissal with Prejudice of Claims Against All
Defendants Pursuant to Civil Rule 41 – 2
Cause No. 2:16-cv-01747
1777939 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

This Court has reviewed plaintiff Developers Surety And Indemnity Company's Motion of Voluntary Dismissal of Claims Against All Defendants Pursuant to ~~Civil Rule 41~~ Federal Rule of Civil Procedure 41(a)(1)(A)(i) regarding the causes of action by plaintiff against defendants Cornell's Quality Construction and Cornell Petrisor and Rodica Petrisor, and being fully advised, it is

HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's causes of action against Defendants Cornell's Quality Construction and Cornell Petrisor and Rodica Petrisor are dismissed with prejudice and without costs to either party.

Dated: April 13, 2017

_____
JAMES L. ROBART
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

s/ Kenneth J. Cusack
Carl E. Forsberg, WSBA #17025
~~Kenneth J. Cusack, WSBA #17650~~
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Phone: (206) 689-8500
Fax: (206) 689-8501
Email: cforsberg@foum.law
        kcusack@foum.law
Attorneys for Plaintiff

Plaintiff Developers Surety and Indemnity Company's Motion
for Voluntary Dismissal with Prejudice of Claims Against All
Defendants Pursuant to Civil Rule 41 – 3
Cause No. 2:16-cv-01747
1777939 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

---

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing PLAINTIFF DEVELOPERS SURETY AND INDEMNITY COMPANY'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST ALL DEFENDANTS PURSUANT TO CIVIL RULE 41 on the following individual in the manner indicated:

Mr. Steven J. Jager
Jager Clark, PLLC
1601 5th Ave., Suite 2200
Seattle, WA 98101

(X) Via ECF

**SIGNED** this 12th day of April, 2017, at Seattle, Washington.

*/s/ Carol M. Simpson*
Carol M. Simpson

Plaintiff Developers Surety and Indemnity Company's Motion
for Voluntary Dismissal with Prejudice of Claims Against All
Defendants Pursuant to Civil Rule 41 – 4
Cause No. 2:16-cv-01747
1777939 / 1408.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX